| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | W.S. WILSON LEUNG (CABN 190939)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6758<br>Facsimile: (415) 436-6753<br>E-Mail: wilson.leung@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-MJ-70835-BZ |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING PRELIMINARY |
| JAVIER PACHEO-AKE, | ) | HEARING DATE |
| | ) | |
| Defendant. | ) | |

The Government respectfully submits this Stipulation and Proposed Order to request a continuation of the March 31, 2011 preliminary hearing date and the setting of April 20, 2011 for arraignment. The parties hereby stipulate and agree to the following:

1. The defendant was charged in a complaint dated September 21, 2010 with violating 18 U.S.C. § 922(g)(5) (illegal alien in possession of a firearm).

2. Since the defendant's initial appearance on December 20, 2010, the parties have been conferring in an attempt to resolve this matter prior to the filing of an indictment. The Government has also voluntarily made discovery available to the defense.

3. As a result of these discussions, the parties have reached a disposition in principle

1  and are now finalizing the details. The parties anticipate being able to proceed with this matter
2  via information.
3      4.    Accordingly, the parties would respectfully request that the March 31 2011
4  preliminary hearing date presently scheduled be continued until April 20, 2011, and that an
5  arraignment be scheduled for April 20, 2011 in anticipation of the parties' resolution of this
6  matter.

8  SO STIPULATED.

10 Dated: March 29, 2011      /s/
11     KENNETH MCGUIRE
    Counsel for Javier Pacheo-Ake

12 Dated: March 29, 2011      MELINDA HAAG
13     United States Attorney

    By:  /s/
15     W.S. Wilson Leung
    Assistant United States Attorney

18     FOR THE FOREGOING REASONS, the March 31, 2011 preliminary hearing presently
19 scheduled in the above-captioned matter is vacated and the matter is hereby scheduled for
20 arraignment at 9:30 am on April 19, 2011 before the Duty Magistrate Judge.

21 SO ORDERED.
22 Dated: March _30_, 20111
23     HON.
    United States Magistrate Judge

*Judge Joseph C. Spero*
*United States District Court, Northern District of California* (seal)

-2-